

| | | | |
|---|---|---|---|
| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler | |
| Andrew T. Miltenberg | Ariya M. Waxman | *Senior Litigation Counsel* | |
| | Tara J. Davis | Megan S. Goddard | |
| Stuart Bernstein | Diana R. Warshow | *Counsel* | |
| | Gabrielle M. Vinci | Rebecca C. Nunberg | |
| | Jeffrey S. Berkowitz | *Counsel* | |
| | Kara L. Gorycki | Marybeth Sydor | |
| | | *Title IX Consultant* | |

ATTORNEYS AT LAW

nmllplaw.com

November 2, 2017

**VIA ELECTRONIC FILING**
Hon. Judge Andrew T. Baxter
United States Magistrate Judge
Northern District of New York
James Hanley Federal Building
100 South Clinton Street
Syracuse, New York 13261

Re: **Jane Doe v. Hobart and William Smith Colleges**
    **Civil Action No.: 17-cv-1163-DNH-ATB**

Dear Your Honor:

Please be advised, this firm is counsel to Plaintiff Jane Doe (hereinafter "Plaintiff") in the above-captioned action. The undersigned writes to respectfully request that this matter be transferred to the United States District Court for the Western District of New York, Rochester, New York courthouse.

On October 18, 2017, Plaintiff filed her complaint together with her *ex parte* application for a protective order and to proceed as a pseudonymous Plaintiff. On or about October 19, 2017, the undersigned received notice that the complaint and Plaintiff's motion had been improperly filed in the Northern District Court, and venue was proper in the Western District of New York. The undersigned sincerely apologizes for this mistake and any inconvenience it has caused the Court or Defendant.

In light of the foregoing and in the interest of avoiding any motion practice or the further expense of dismissing the complaint and refiling this action in the Western District Court, Plaintiff respectfully requests that this matter be transferred to the United States District Court for the Western District of New York, Rochester, New York courthouse. The basis for this transfer request is that the events giving rise to the allegations in Plaintiff's complaint occurred in Ontario County which is located in the Western District of New York.

Counsel remains available should Your Honor have any questions or concerns. Thank you for your time and consideration of this matter.

Very truly yours,
NESENOFF & MILTENBERG, LLP.

By: /S/ Andrew Miltenberg
Andrew T. Miltenberg, Esq.

CC: Michael E. Baughman, Esq. (Via Email)
Stuart Bernstein, Esq. (Via ECF)
Gabrielle M. Vinci, Esq. (Via ECF)

| NEW YORK | 363 Seventh Avenue | Fifth Floor | New York, NY 10001 | T: 212.736.4500 | F: 212.736.2260 |
| BOSTON | 129 Newbury Street | Suite 400 | Boston, MA 02116 | T: 617.209.2188 | |